**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Case Number: | **26-40034** |
| vs. | ) | | |
| **TYRONE DEQUAN EDWARDS,** Defendant. | ) | Date of Hearing: | **7/29/26** |

**CRIMINAL MINUTE SHEET – STATUS CONFERENCE**

| | |
|---|---|
| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Melinda Barnes** |
| TOTAL TIME IN COURT: | **29 minutes** |

**APPEARANCES**: **parties appear: IN PERSON**

- United States of America: **Carissa Brinker**
- Defendant's Counsel: **Jonathan Truesdale**
    - Defendant: **In Custody - Present**

**PROCEEDINGS**:

Defendant notified the Court of his request for new counsel. The court excuses the plaintiff from the courtroom and holds an *ex parte* hearing in connection with Mr. Edwards's request for new counsel.

After the *ex parte* hearing, the Court invites the plaintiff back into the courtroom.

The Court grants Mr. Edwards's request and new counsel will be appointed.

**The Court sets a status conference for August 12, 2026 at 9:00 a.m., in Courtroom 403.**

The court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 8/12/26 as to Defendant.

The defendant is remanded to custody.